The People of the State of New York, Respondent,
v. Joseph Crauta, Appellant.

Submitted October 6, 1937; decided October 19, 1937.

*Marks Wolff* for appellant.

*William Copeland Dodge*, District Attorney (*LeRoy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Loughran, Finch and Rippey, JJ.

Ernest J. Pirman et al., Appellants and Respondents, *v.*
Harold T. Confer et al., Respondents and Appellants.

Submitted October 11, 1937; decided October 19, 1937.

Return of remittitur requested and when returned it will be amended so as to provide that the judgment of the Appellate Division is further modified by reversing that portion thereof as awards costs to the defendants. When this court awarded costs in this court and in the Appellate Division to the plaintiffs, it intended to reverse the award of costs to the defendants in the Appellate Division. (See 273 N. Y. 357.)